```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 25644
   KURT T GALHOUSE
   PATRICIA A GALHOUSE                      CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2681    SSN XXX-XX-5019


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/29/05 and confirmed on 10/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  63900.00 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
------------------------------------------------------------------------
GMAC PAYMENT CENTER        SECURED            14962.80      666.26         14962.80
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00          .00             .00
BECKET & LEE LLP           UNSECURED          19419.92         .00          8205.84
RESURGENT CAPITAL SERVIC   UNSECURED           9370.49         .00          3959.48
SMC                        UNSECURED           1049.01         .00           443.26
ECAST SETTLEMENT CORPORA   UNSECURED          12829.57         .00          5421.11
RESURGENT CAPITAL SERVIC   UNSECURED          11571.71         .00          4889.60
PORTFOLIO RECOVERY ASSOC   UNSECURED          10470.66         .00          4424.35
KOHLS                      UNSECURED            598.17         .00           252.76
LORD & TAYLOR              UNSECURED            352.34         .00           148.88
MARSHALL FIELD             UNSECURED            255.24         .00           107.85
ECAST SETTLEMENT CORPORA   UNSECURED           4738.56         .00          2002.27
ECAST SETTLEMENT CORP      UNSECURED           1516.00         .00           640.58
HOME DEPOT                 UNSECURED         NOT FILED         .00             .00
BECKET & LEE LLP           UNSECURED          11487.71         .00          4854.11
RESURGENT CAPITAL SERVIC   UNSECURED          19234.95         .00          8127.68
          Summary of disbursements:
------------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER          TOTAL

TOTAL CLMS ALLOWED   14962.80         .00    102894.33        .00       117857.13
PRINCIPAL PAID       14962.80         .00     43477.77        .00        58440.57
INTEREST PAID          666.26         .00          .00        .00          666.26
TOTAL PAID           15629.06         .00     43477.77        .00        59106.83
The Debtor's attorney, LEGAL HELPERS PC                 , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $   2593.17 .

Refunds to the Debtor totaled $        .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/16/08                              /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 05 B 25644 KURT T GALHOUSE & PATRICIA A GALHOUSE